**MITILE LTD., Plaintiff–Appellant,**

v.

**HASBRO, INC., Defendant–Appellee.**

Nos. 2014–1127, 2014–1158.

United States Court of Appeals, Federal Circuit.

April 3, 2014.

Dan Robert Gresham, Attorney, Norman Andrew Crain, Attorney, Thomashorstemeyer LLC, Atlanta, GA, for Plaintiff–Appellant.

Joshua C. Krumholz, Esq., Mark Goracke, Attorney, Jacob W.S. Schneider, Attorney, Holland & Knight, LLP, Boston, MA, Robert Thomas Hicks, Andrew R. Oja, Holland & Knight, LLP, McLean, VA, Christopher M. Scott, Holland & Knight, LLP, New York, NY, for Defendant–Appellee.

**ON MOTION**

**ORDER**

MiTile Ltd. moves to withdraw its appeal no. 2014–1127.

Upon consideration thereof, It Is Ordered That:

(1) The motion to withdraw appeal no. 2014–1127 is granted. 2014–1127 is dismissed. The revised official caption for 2014–1158 is reflected above.

(2) Each side shall bear its own costs in 2014–1127 only.

(3) Hasbro's opening brief in 2014–1158 is due within 60 days of the date of filing of this order.